IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05cv310

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ) | |
| $23,400.00 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on plaintiff's "Motion to Compel Pursuant to Rule 37 for failure to Cooperate in Discovery." (#14). Having considered such motion and the Claimant's response, a hearing will calendared.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's "Motion to Compel Pursuant to Rule 37 for failure to Cooperate in Discovery" (#14) is **CALENDARED** for hearing on October 20, 2006, at 9:30 a.m. in Courtroom #2.

Signed: October 16, 2006

Dennis L. Howell
United States Magistrate Judge

-1-