IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV310

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| Vs. | ) | O R D E R |
| $23,400.00 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the November 2006 term.

**IT IS, THEREFORE, ORDERED** that this case is continued from the November 2006 term in the Asheville Division.

Signed: November 7, 2006

Lacy H. Thornburg
United States District Judge