# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV310

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| ) | |
| $23,400.00 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on notice by the Claimant Tracey Frye of his intent to seek litigation costs and attorney fees.

On January 18, 2007, the jury returned a verdict in the Claimant's favor and, as a result, he may be entitled to reimbursement by the Government for his costs and attorneys fees.

**IT IS, THEREFORE, ORDERED** that, should the Claimant wish to proceed with his motion for costs and attorneys fees, such motion and supporting documentation shall be filed on or before **February 5, 2007**,

and the Government shall have 14 days from service of the Claimant's motion to file such response as is deemed appropriate.

After receipt of the parties' pleadings, the Court will determine whether or not a hearing is appropriate or necessary.

Signed: January 19, 2007

Lacy H. Thornburg
United States District Judge