# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV310

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | O R D ER |
| ) | |
| ) | |
| $23,400.00 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Claimant Brian Tracy Frye's submission of three affidavits from attorneys in support of his motion for litigation costs and reasonable attorney fees.

A closer inspection of the affidavits reveals no indication as to whether or not these documents were officially served on the Government. Therefore, the Court will require that the Claimant refile these documents along with an appropriate certificate of service. The Government shall be afforded 15 days from service of the documents to file response.

**IT IS SO ORDERED.**

Signed: May 15, 2007

Lacy H. Thornburg
United States District Judge