# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV310

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>)<br>$23,400.00 IN UNITED STATES )<br>CURRENCY, )<br>)<br>Defendant. )<br>_____ ) | <u>J U D G M E N T</u> |

**THIS MATTER** came on for trial before the Court and a jury, and the jury having duly rendered its verdict,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff, having failed to prove that the Defendant was the proceeds of or used to facilitate a drug trafficking crime and subject to forfeiture, shall return the currency herein to the Claimant, Brian Tracy Frye, forthwith.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Claimant Brian Tracy Frye is hereby awarded attorney fees and litigation

costs in the amount of **THIRTY-SEVEN THOUSAND, EIGHT HUNDRED SEVENTY-FOUR DOLLARS AND NINETY-TWO CENTS ($37,874.92).**

Signed: September 24, 2007

Lacy H. Thornburg
United States District Judge